IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JEFFREY D. FISHER, Individually and on Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>FENNEC PHARMACEUTICALS INC., ROSTISLAVE RAYKOV, AND ROBERT ANDRADE, )<br><br>Defendants. ) | 1:22-CV-115 |

## JUDGMENT

For the reasons set forth in the Order filed on October 12, 2022, Doc. 40,

It is hereby **ORDERED AND ADJUDGED** that the defendant's motion to dismiss the amended complaint, Doc. 25, is **GRANTED** and this case is **DISMISSED** with prejudice.

This the 14th day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE